JENNIE LOUIS, Respondent, *v.* CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Appellant.

*Louis* v. *Connecticut Mut. L. Ins. Co.*, 58 App. Div. 137, affirmed.
(Argued November 18, 1902; decided December 2, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *John M. Bowers* for appellant.

*Gibson Putzel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: GRAY and BARTLETT, JJ.

---

JAMES C. MURPHY, Appellant, *v.* SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent.

*Murphy* v. *Supreme Council C. M. B. A.*, 51 App. Div. 618, appeal dismissed.
(Submitted November 10, 1902; decided December 2, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1900, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

The motion was made upon the ground that the appellant was in default in having failed to pay certain costs which he had been directed to pay by a previous order of this court.

*John J. Hynes* for motion.

*Edmund P. Cottle* opposed.

Motion granted and appeal dismissed, without costs of appeal, but with ten dollars costs of motion.